FILED
United States Court of Appeals
Tenth Circuit

March 31, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

─────────────────────────────────

SHAIDON BLAKE,

    Plaintiff - Appellant,

v.

MARSHA BOS, et al.,

    Defendants - Appellees.

No. 22-3041
(D.C. No. 5:21-CV-03176-SAC)
(D. Kan.)

─────────────────────────────────

**ORDER**

─────────────────────────────────

Before **MATHESON** and **BACHARACH**, Circuit Judges.

─────────────────────────────────

On March 1, 2022, this court entered an order identifying three or more civil actions or appeals that appellant Shaidon Blake previously filed in federal court that were "dismissed on the grounds that [they were] ... frivolous, malicious, or fail[ed] to state a claim upon which relief may be granted," *i.e.* "strikes" under the Prison Litigation Reform Act (PLRA). *See* 28 U.S.C. § 1915(g); *Strope v. Cummings*, 653 F.3d 1271, 1273 (10th Cir. 2011). Accordingly, the court directed Mr. Blake to show cause in writing why he should not be required to prepay the entire filing fee as 28 U.S.C. § 1915(g) requires. This matter is now before the court on Mr. Blake's response to the March 1, 2022 order.

After careful consideration of Mr. Blake's response, the district court docket, and the applicable law, the court concludes that PLRA applies to this appeal, *see, e.g.*, *Hafed v. Fed. Bureau of Prisons*, 635 F.3d 1172, 1179-80 (10th Cir. 2011), and orders Mr.

Blake to pay the entirety of the $505.00 appellate filing fee to the district court by May 2, 2022. If the district court does not receive full payment on or before May 2, 2022, this court will dismiss Mr. Blake's appeal for lack of prosecution. *See* 28 U.S.C. § 1915(g); 10th Cir. R. 3.3(B), 42.1.

            Entered for the Court
            CHRISTOPHER M. WOLPERT, Clerk

            *[signature]*

            by: Lisa A. Lee
                Counsel to the Clerk

Case 5:21-cv-03176-SAC   Document 14   Filed 03/31/22   Page 2 of 2

Appellate Case: 22-3041   Document: 010110665627   Date Filed: 03/31/2022   Page: 2